IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

Case No. 7:25mj105

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **INFORMATION** |
| ) | |
| REBECCA ANN MCDANIEL, ) | In violation of: |
| ) | 18 U.S.C. §§ 2, 922(m), 924(a)(3)(B) |
| *Defendant.* ) | |

### COUNT ONE

The United States Attorney charges:

1. On or about December 27, 2022, in the Western District of Virginia, the defendant, REBECCA ANN MCDANIEL, in connection with the acquisition of a firearm, a Radical Arms RF-15 7.62x39mm pistol, from Store 1, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly cause Store 1 to fail to make an appropriate entry in and make a false entry in a record Store 1 was required to keep pursuant to Title 18, United States Code, Section 923, in that REBECCA ANN MDANIEL did execute an Form 4473 (Firearms Transaction Record), to the effect that REBECCA ANN MCDANIEL was the actual buyer of the firearm, when in fact as the defendant then knew, she was not the actual buyer of the firearm.

2. All in violation of Title 18, United States Code, Sections 922(m), 924(a)(3)(B), and 2.

5/14/25
Date

ZACHARY T. LEE
Acting United States Attorney

CLERKS OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

May 22, 2025

LAURA A. AUSTIN, CLERK
BY: s/ K. SAVILLE
      DEPUTY CLERK